Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELK'S LODGE COALINGA 1613, <br><br> Defendant. | CASE NO. 1:12-cv-01998-LJO-MJS <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER** |

TO THE HONORABLE MICHAEL J. SENG, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Thursday, March 7, 2013 at 10:30 AM.  As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Elk's Lodge Coalinga 1613, an unknown business entity d/b/a Elk's Lodge #1613 a/k/a Coalinga Elk's Lodge 1613.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendant.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for Thursday, March 7, 2013 at 10:30 AM.

Respectfully submitted,

Dated: February 26, 2013      */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

## ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:12-cv-01998-LJO-MJS styled *Joe Hand Promotions, Inc. v. Elk's Lodge Coalinga 1613, et al.*, is hereby continued from 10:30 AM, Thursday, March 7, 2013 to May 9, 2013 at 10:30 a.m. in Courtroom 6 (MJS) before Magistrate Judge Michael J.Seng.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   February 26, 2013            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S** *EX PARTE* **APPLICATION FOR AN ORDER CONTINUING**
**INITIAL SCHEDULING  CONFERENCE; AND ORDER**
**CASE NO. 1:12-cv-01998-LJO-MJS**